UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.   22cr10074 |
| v. | Violations: |
| FRANSCISO ALBERTO SOTO-MATOS, | Count One: Possession with Intent to Distribute cocaine, fentanyl, and 100 grams or more of a fentanyl analogue (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi)) |
| Defendant | Count Two: Unlawful Reentry of Deported Alien (8 U.S.C. § 1326) |
| | Forfeiture Allegation: (21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Possession with Intent to Distribute
Cocaine, Fentanyl, and 100 Grams or More of a Fentanyl Analogue
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi))

The Grand Jury charges:

On or about January 26, 2022, in Lowell, in the District of Massachusetts, the defendant,

FRANCISCO ALBERTO SOTOS-MATOS,

did knowingly and intentionally possess with intent to distribute cocaine and N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide, also known as fentanyl, Schedule II controlled substances; and 100 grams or more of N-(4-Fluorophenyl)-N-[1-(2-phenylethyl) -4-piperidinyl]propenamide, also known as p-fluorofentanyl, a Schedule I controlled substance and an analogue of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide, also known as fentanyl.

1

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(A)(vi).

COUNT TWO
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326)

The Grand Jury further charges:

On or about January 26, 2022, in Lowell, in the District of Massachusetts, the defendant,

FRANSCISCO ALBERTO SOTO-MATOS,

being an alien and having been excluded, removed, and deported from the United States on or about June 20, 2017 was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b), and Title 6, United States Code, Sections 202(3) and (4), and 557.

3

DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1.      Upon conviction of the offense in violation of Title 21, United States Code, Section

841, set forth in Count One, the defendant,

FRANCISCO ALBERTO SOTO-MATOS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of

such offense; and any property used, or intended to be used, in any manner or part, to commit, or

to facilitate the commission of, such offense.   The property to be forfeited includes, but is not

limited to, the following asset:

      a.   $3,450 U.S. currency

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant

to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant -

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the property described in

Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

4

A TRUE BILL

FOREPERSON

PHILIP C. CHENG
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: March 30, 2022
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira, signed at 4:05
DEPUTY CLERK

5